UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ANGULO,<br><br>                              Plaintiff,<br><br>                    v.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>                              Defendants. | Case No. 2:25-cv-05422-SSC<br><br>JUDGMENT |

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and

2. The Clerk of Court is directed to close this case.

DATED: May 29, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE